1
**Edward JENNINGS, Plaintiff In Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
June 16, 1927.

No. 7867.

In Error to the District Court of the United States for the District of Minnesota.

L. B. Schwartz, of Minneapolis, Minn., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

2
**Artie KELLER, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
June 20, 1927.

No. 7873.

In Error to the District Court of the United States for the District of Minnesota.

W. D. Scott, of Minneapolis, Minn., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

3
**Eben C. LEFFINGWELL, Appellant, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit,
August 2, 1927.

No. 7923.

Appeal from the District Court of the United States for the Northern District of Iowa.

Wendell Huston, of Des Moines, Iowa, for appellant.

B. E. Rhinehart, of Anamosa, Iowa, for the United States.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.

4
**W. R. LIGHT, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
February 2, 1927.

No. 7610.

In Error to the District Court of the United States for the Western District of Oklahoma.

William Pfeiffer, of Oklahoma City, Okl., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, on motion of plaintiff in error, without costs to either party in this court.

5
**William R. McNUTT et al., Plaintiffs in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
June 6, 1927.

No. 7669.

In Error to the District Court of the United States for the Western District of Missouri.

Albert T. Patrick, of Tulsa, Okl., for plaintiffs in error.

Roscoe C. Patterson, of Kansas City, Mo., for the United States.

PER CURIAM. Writ of error reversed, without costs to either party in this court, pursuant to confession of error.